NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES L. BOUCHARD,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3125

---

Petition for review of the Merit Systems Protection Board in case no. AT1221100506-W-1.

---

## ON MOTION

---

## ORDER

James L. Bouchard moves without opposition for reconsideration of the court's August 25, 2011 order that dismissed his petition for review for failure to file a brief, and for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion for reconsideration will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated, if Bouchard files his brief within 30 days of the date of filing of this order.

FOR THE COURT

**SEP 2 6 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Beverly Bates, Esq.
Calvin Morrow, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**SEP 2 6 2011**

**JAN HORBALY**
**CLERK**